# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRENTAIR BINGHAM,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-3516** |
| : | |
| **CITY OF READING, PA,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 4th day of February, 2021, it is **ORDERED** that:

1. This case is **DISMISSED WITH PREJUDICE** for failure to prosecute for the reasons stated in the Court's accompanying Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Bingham still intends to prosecute this case, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e).

                                            **BY THE COURT:**

                                            **/s/ Chad F. Kenney**

                                            **CHAD F. KENNEY, J.**